1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

9

**CENTRAL DISTRICT OF CALIFORNIA**

10

11
12

STEVEN A. ARREOLA, an individual, on behalf of himself and others similarly situated,

No. 2:19-cv-04123-JAK-MAA

13

Plaintiff,

**FINAL JUDGMENT**

14

v.

15

16

SHAMROCK FOODS COMPANY; and DOES 1 to 50, inclusive,

17

Defendants.

18
19
20
21
22
23
24
25
26
27
28

**JUDGMENT**

Plaintiff Steven A. Arreola's Motion for Final Approval of Class Action Settlement and for Motion for Approval of Attorney's Fees and Costs (the "Motions") were heard on August 30, 2021.  Following the hearing, Plaintiff's Motions were granted. Therefore,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:**

1.     The Court having entered an order granting Final Approval of this Settlement hereby enters FINAL JUDGMENT in favor of Plaintiff Steven A. Arreola and the Class Members in the amount of Two Hundred Ninety-Five Thousand Dollars ($295,000.00).

2.     The Parties shall bear their own costs and attorney's fees, except as otherwise provided in the Settlement Agreement and the Final Approval Order.

3.     Plaintiff and each Class Member has released the Released Claims against Defendant and all the Released Parties as set forth in the Settlement Agreement.

4.     This document shall constitute a Final Judgment for the purposes of Fed. R. Civ. P. 58. This Judgment is intended to be a final disposition of the above captioned action in its entirety.

5.     Judgment is entered approving the terms of the Settlement.

6.     The Court retains jurisdiction to consider all further applications with respect to the enforcement of the Settlement Agreement.

**IT IS SO ORDERED.**

Dated: December 20, 2021                    _____

                                                                     John A. Kronstadt
                                                                     United States District Judge

- 2 -